Case 5:20-cv-00292-DAE   Document 6   Filed 03/31/20   Page 1 of 3

Case 1:18-md-02841-DPG   Document 178   Entered on FLSD Docket 03/31/2020   Page 1 of 2
Case MDL No. 2841   Document 64   Filed 03/31/20   Page 1 of 2

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**
MAR 31 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN RE: MONAT HAIR CARE PRODUCTS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2841

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –4)

On June 6, 2018, the Panel transferred 2 civil action(s) to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 325 F.Supp.3d 1364 (J.P.M.L. 2018). Since that time, 3 additional action(s) have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Darrin P. Gayles.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Gayles.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of June 6, 2018, and, with the consent of that court, assigned to the Honorable Darrin P. Gayles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>Mar 31, 2020<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION |

FOR THE PANEL:

John W. Nichols
Clerk of the Panel



Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _____Maria Cruz_____
Deputy Clerk
Date __Mar 31, 2020__

Case 5:20-cv-00292-DAE   Document 6   Filed 03/31/20   Page 2 of 3

Case 1:18-md-02841-DPG   Document 178   Entered on FLSD Docket 03/31/2020   Page 2 of 2
Case MDL No. 2841   Document 64   Filed 03/31/20   Page 2 of 2

**IN RE: MONAT HAIR CARE PRODUCTS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION**                  MDL No. 2841

### SCHEDULE CTO–4 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **TEXAS WESTERN** | | | |
| TXW | 5 | 20–00292 | Roberts v. Monat Global Corp. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANGELA E. NOBLE
Court Administrator • Clerk of Court



Mar 31, 2020

United States District Court

Western District of Texas

RE:   MDL No.          1:18-md-02841-DPG IN RE: Monat Hair Care Products Marketing, Sales Practices a

Our Case No.   1:18-md-02841-GAYLES

Your Case No.  5:20-00292 Roberts v. Monat Global Corp.

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida. This case will be directly assigned to the Honorable Darrin P. Gayles.

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF. We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail. If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer **Order-** 4 ) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.

ANGELA E. NOBLE
Clerk of Court

By:  s/Maria Cruz
     MDL Clerk

Encl.

☒ 400 N. Miami Avenue         ☐ 299 E. Broward Boulevard      ☐ 701 Clematis Street       ☐ 301 Simonton Street       ☐ 300 S. Sixth Street
Room 8N09                     Room 108                         Room 202                    Room 130                    Ft. Pierce, FL 34950
Miami, FL 33128               Ft. Lauderdale, FL 33301         W. Palm Beach, FL 33401     Key West, FL 33040          772-595-9691
305-523-5100                  954-769-5400                     561-803-3400                305-295-8100